■ ROCHESTER GAS AND ELECTRIC CORPORATION, Appellant, v NIAGARA MOHAWK POWER CORPORATION, Respondent. [765

NYS2d 812] —Appeal from an order of Supreme Court, Monroe County (Stander, J.), entered October 10, 2002, which denied plaintiff's motion for summary judgment and granted defendant's motion to compel plaintiff to respond to defendant's discovery demands.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Supreme Court, Monroe County, Stander, J. Present—Green, J.P., Wisner, Gorski and Lawton, JJ.